UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sidney Lide Rogers                                Docket No. 5:17-CR-164-1FL

**Petition for Action on Supervised Release**

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sidney Lide Rogers, who, upon an earlier plea of guilty to Counterfeiting Obligations or Securities of the United States, 18 U.S.C. § 471, was sentenced by the Honorable Dana L. Christenen, U.S. District Judge for the District of Montana, on September 25, 2014, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Sidney Lide Rogers was released from custody on April 19, 2017, at which time the term of supervised release commenced.

On May 24, 2017, jurisdiction was transferred to North Carolina Eastern.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has an alcohol abstinence condition and has been placed on a breathalyzer program and directed to submit breath tests twice a day at 9:00 a.m. and 9:00 p.m. The defendant has missed or been late on breath tests on May 13, 14, 21, 22, 25, 26, 30, 31, June 12, 13, 16, 17, 19 and 21, 2017. The defendant has tested positive for alcohol use on April 28, May 1, 14, and June 19, 2017. On June 22, 2017, he admitted to using opiates (Percocet) without a prescription. Additionally, the defendant has not been able to maintain a stable residence and has moved at least 5 times in 60 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

                                                I declare under penalty of perjury that the foregoing is true and correct.

                                                /s/ Bentley H. Massey
                                                Bentley H. Massey
                                                Senior U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8815
                                                Executed On: June 22, 2017

**Sidney Lide Rogers**
**Docket No. 5:17-CR-164-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___22nd___ day of _____June_____, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge